1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEMPSTRACT, INC., a Nevada corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>GREGORY HAYNES, an individual, and KIM MELBYE, an individual,<br><br>                Defendants. | NO: 2:21-CV-0258-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 45. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of this action in its entirety, without prejudice, with each party bearing its own attorney fees and costs. The Court has reviewed the record and files herein and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action in its entirety is **DISMISSED** without prejudice, and each party bearing its own attorney fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 11, 2023.



THOMAS O. RICE
United States District Judge